IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN J. MULVANEY, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE GEO GROUP, INC., GEORGE C. ZOLEY, BRIAN R. EVANS, JOHN HURLEY and DAVID DONAHUE,<br><br>   Defendants. | CASE NO. 9:16-cv-81494-DMM |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

TO: THE CLERK OF THE COURT AND ALL PARTIES,

**PLEASE TAKE NOTICE** that effective January 1, 2017, Jayne A. Goldstein, counsel of record for plaintiff, became affiliated with Shepherd, Finkelman, Miller & Shah, LLP.  All pleadings, notices, orders, correspondence and other papers in connection with the above-captioned action shall be served at the following address:

>Jayne A. Goldstein
>Shepherd, Finkelman, Miller & Shah, LLP
>1625 N. Commerce Parkway, Suite 320
>Fort Lauderdale, FL  33326
>Telephone: (954) 515-0123
>Facsimile: (866) 300-7367
>E-mail: jgoldstein@sfmslaw.com

Please revise your records accordingly.

Dated: January 11, 2017	/s/ Jayne A. Goldstein
	Jayne A. Goldstein
	Shepherd, Finkelman, Miller & Shah, LLP
	1625 N. Commerce Parkway, Suite 320
	Fort Lauderdale, FL  33326
	Telephone: (954) 515-0123
	Facsimile: (866) 300-7367
	E-mail: jgoldstein@sfmslaw.com
	Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

	/s/ Jayne A. Goldstein
	Jayne A. Goldstein