UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81494-CV-MIDDLEBROOKS

JOHN J. MULVANEY,

    Plaintiff,

v.

THE GEO GROUP, INC., GEORGE C. ZOLEY,
BRIAN R. EVANS, JOHN HURLEY, and
DAVID DONAHUE,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Joint Stipulation for Dismissal with Prejudice, filed March 17, 2017. (DE 78). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 20 day of March, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record